Angel B. DELOS REYES,
Jr., Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 2009–3201.

United States Court of Appeals,
Federal Circuit.

March 25, 2010.

Angel B. Delos Reyes Jr., pro se.

ON MOTION

*ORDER*

Upon consideration of the respondent's motion for leave to file the petitioner's and the respondent's briefs out of time,

IT IS ORDERED THAT:

The motion is granted. The court's order dismissing the petition for review is vacated, the mandate is recalled, and the petition for review is reinstated. The case is ready for assignment to a calendar.

Tyler J. STEVENS, Petitioner,

v.

DEPARTMENT OF the AIR
FORCE, Respondent.

No. 2010–3053.

United States Court of Appeals,
Federal Circuit.

March 25, 2010.

Tyler J. Stevens, Ogden, UT, for Petitioner.

Anthony W. Moses, Roger A. Hipp, Department of Justice, Washington, DC, for Respondent.

**ORDER**

Petitioner having filed the required Statement Concerning Discrimination, and having filed the required brief, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

The respondent should compute the due date for filing its brief from the date of filing of this order.